JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JASMIN CORONADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RSCR CALIFORNIA, INC., a Delaware corporation; SAM OMNIBUCHAIE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-10692-RGK-JEM<br><br>*The Hon. R. Gary Klausner*<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |

On January 22, 2020, the parties filed a "Joint Stipulation Dismissing Action With Prejudice." In accordance with the parties' Joint Stipulation, and good cause appearing, IT IS ORDERED THAT:

1. The Joint Stipulation Dismissing Action With Prejudice is accepted by the Court; and

2. The Action is dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: January 31, 2020

*/s/ Gary Klausner*
_____
HON. JUDGE R. GARY KLAUSNER
Judge of the United States District Court

669070.1

[PROPOSED] ORDER ON JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE